```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 29990
     LEON J RUTHER
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
     SSN XXX-XX-4767


-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 11/04/2008 and was not confirmed.

     The case was dismissed without confirmation 01/07/2009.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------------
HSBC BANK USA/ OCWEN       MORTGAGE NOTI    NOT FILED             .00            .00
HSBC BANK USA/ OCWEN       MORTGAGE NOTI    NOT FILED             .00            .00
OCWEN FEDERAL BANK         CURRENT MORTG          .00             .00            .00
HSBC MORTGAGE SVCS         CURRENT MORTG          .00             .00            .00
AMERICAN EXPRESS           UNSECURED        NOT FILED             .00            .00
LVNV FUNDING               UNSECURED          3393.06             .00            .00
CENTEGRA NORTHERN IL MED   UNSECURED           580.25             .00            .00
CITIFINANCIAL              UNSECURED          5821.60             .00            .00
HSBC NV                    NOTICE ONLY      NOT FILED             .00            .00
HSBC ORCHARD BANK          UNSECURED        NOT FILED             .00            .00
IHC ST FRANCISA PHYSICIA   UNSECURED        NOT FILED             .00            .00
NICOR GAS                  UNSECURED        NOT FILED             .00            .00
AT & T BANKRUPCTY          UNSECURED        NOT FILED             .00            .00
US CELLULAR                UNSECURED        NOT FILED             .00            .00
MORAINE EMERGENCY PHYSIC   UNSECURED        NOT FILED             .00            .00
AMERICAN EXPRESS           NOTICE ONLY      NOT FILED             .00            .00
OCWEN FEDERAL BANK         SECURED NOT I     27296.29             .00            .00
HSBC MORTGAGE SERVICES     MORTGAGE NOTI    NOT FILED             .00            .00
HSBC MORTGAGE SVCS         SECURED NOT I      6993.17             .00            .00
INTERNAL REVENUE SERVICE   PRIORITY           1378.65             .00            .00
STEVEN O HAMILL            DEBTOR ATTY            .00                            .00
TOM VAUGHN                 TRUSTEE                                               .00
DEBTOR REFUND              REFUND                                                .00

          Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 29990 LEON J RUTHER
```

```
DEBTOR REFUND                                                          .00
                                     ---------------     ---------------
TOTALS                                           .00                 .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE